**DISMISSED and Opinion Filed June 27, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-24-00531-CV**
_____

**CRISTI HOLLAND, Appellant**
**V.**
**ESTATE OF PHILIP WAYNE JACKSON, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-01266-D**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Miskel

Before the court is appellee's June 7, 2024 motion to dismiss this appeal because, in part, appellant failed to timely file her notice of appeal. Appellant failed to respond to appellee's motion.

In the absence of a timely post-judgment motion extending the appellate timetable, the notice of appeal is due thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. Here, the judgment was signed March 19, 2024, and the record does not show any timely post-judgment motion extending the appellate timetable. Accordingly, the notice of appeal was due April 18, 2024, or with an extension

motion, no later than May 3, 2024. *See* TEX. R. APP. P. 26.1(a), 26.3. Appellant filed her notice of appeal on May 6, 2024.

Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b); *Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional). We grant appellee's motion and dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Brashear*, 302 S.W.3d at 545.

/Emily Miskel/
EMILY MISKEL
JUSTICE

240531F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CRISTI HOLLAND, Appellant

No. 05-24-00531-CV     V.

ESTATE OF PHILIP WAYNE
JACKSON, Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-24-01266-
D.
Opinion delivered by Justice Miskel.
Justices Smith and Breedlove
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED** for want of jurisdiction.


Judgment entered this 27th day of June 2024.